AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

ROTHSCHILD CONNECTED DEVICES
INNOVATIONS, LLC,

*Plaintiff(s)*

v.

ADS SECURITY, L.P.

*Defendant(s)*

Civil Action No. 2:15-CV-01431; 2:15-CV-01463

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LEIGH M. ROTHSCHILD
1574 NE QUAYSIDE TER, UNIT D18
MIAMI, FLORIDA 33138-2212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Blake D. Roth
Waller Lansden Dortch & Davis, LLP
511 Union Street, Ste. 2700
Nashville, Tennessee 37219
615.244.6380
blake.roth@wallerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/13/19

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-CV-01431; 2:15-CV-01463

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Leigh M. Rothschild

was received by me on *(date)*   3-13-2019   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:   This subpoena was served via United States Postal Service, Certified Mail, Return Receipt Requested on March 18, 2019 at 12:13 PM (proof is attached).

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   3-20-2019

*Server's signature*

Deborah A. Liles (Legal Assistant /Waller)
*Printed name and title*

511 Union Street, 27th Floor
Nashville, TN 37219
*Server's address*

Additional information regarding attempted service, etc:

## Track USPS package

70051160000473243708    Track

USPS package #70051160000473243708
www.usps.com

## Delivered: Mon, Mar 18, 12:13 PM

| Processed | | In transit | Delivered |
|---|---|---|---|
| DATE | TIME | LOCATION | STATUS |
| Mar 18 | 12:13 PM | Miami, FL, United States | Delivered, left with individual |
| Mar 17 | 12:00 AM | | In transit to next facility |
| Mar 15 | 7:33 PM | Miami Fl Distribution Center | Departed USPS regional facility |
| Mar 15 | 12:01 PM | Miami Fl Distribution Center | Arrived at USPS regional facility |
| Mar 13 | 10:41 PM | Nashville Tn Distribution Center | Departed USPS regional facility |

Data from usps.com



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage

NASHVILLE TN ARCADE STATION   MAR 13 2019   Postmark Here

Sent To: Leigh M. Rothschild
Street, Apt or PO Box: 1574 Ne Quayside Ter, Unit D18
City, State: Miami, Florida 33138-2212

70051160 0004 7324 3708

PS Form 3800